```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

DAVID ENGLISH,                  :
                                :   Civil Action No. 10-2854 (RMB)
            Plaintiff,          :
                                :
            v.                  :   **ORDER**
                                :
ERIC TAYLOR, et al.,            :
                                :
            Defendants.         :   **CLOSED**

For the reasons expressed in the Opinion filed herewith,

IT IS on this **15th** day of **June** **2010**,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby DENIED, without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form Application, for use by a prisoner, to Proceed In Forma Pauperis in a Civil Rights Case; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days after the date of entry of this Order; Plaintiff's writing shall include a signed copy of the Complaint and either (1) a complete

in forma pauperis application, including an affidavit of indigence and six-month prison account statement, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

<pre>
                              s/Renée Marie Bumb
                              Renée Marie Bumb
                              United States District Judge
</pre>